UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON, | No. 2:23-cv-0522 KJN P |
| Petitioner, | |
| v. | ORDER |
| THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

On May 15, 2023, the district court remanded this action to the Sacramento County Superior Court. On that same day, plaintiff, a state prisoner proceeding pro se, filed a document styled "Motion for an Expedited Hearing/Judgment and/or Request to File an Amended Complaint." (ECF No. 8.) (ECF No. 8.) However, this action is closed. If petitioner wishes to amend his underlying pleading, he must file the motion in the Sacramento County Superior Court action. The district court promptly remanded the action to the state court and all of petitioner's subsequent filings must be directed to the state court.

This action was closed on May 15, 2023. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 8) is denied, and no orders will issue in response to future filings.

Dated:  May 22, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE